UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**Scott N. Johnson**

    v.

**William J. Beahm, et. al.**

_____

**DEFAULT JUDGMENT**

Case No. 2:11-cv-0294 MCE JFM

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **William J. Beahm, F. Greer Adkins-Beahm**

January 30, 2012

    VICTORIA C. MINOR, CLERK

    By: _/s/ G. Michel_____
    G. Michel, Deputy Clerk